IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 04-cr-00351-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH J. YOUNG,

    Defendant.

## ORDER CONTINUING TRIAL DATE

Miller, J.

    This case is before me on the government's motion requesting that I set a pretrial *Daubert* hearing. Although defendant disputes the basis for the government's motion, he does not object to holding the hearing or to vacating the trial date for that purpose if necessary. Because I agree with the parties that the pending issues regarding the parties' expert witnesses should be resolved prior to trial, and because scheduling conflicts do not permit holding a hearing prior to the current trial date of February 27, 2006, I will grant the motion for a *Daubert* hearing and vacate the trial and trial preparation conference dates.

    Accordingly, it is ordered:

1. The government's motion for a *Daubert* hearing, filed February 13, 2006, is granted.

2. The trial preparation conference set for February 16, 2006, is vacated.

3. The jury trial scheduled to begin February 27, 2006, is vacated.

4. Counsel shall contact chambers within five days of this order to schedule a *Daubert* hearing, as well as a trial preparation conference and a trial.

DATED at Denver, Colorado, on February 15, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge