**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No. 04-CR-00351-WDM**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. KENNETH YOUNG,**

**Defendant.**

---

### ORDER TEMPORARILY MODIFYING CONDITIONS OF RELEASE

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant's Motion for Modification of Pretrial Release Order to Allow Defendant to Attend Daughter's State Track Meet in Pueblo, Colorado was referred by Judge Walter D. Miller to the Magistrate Judge on May 11, 2006 and after review;

**IT IS HEREBY ORDERED** that the Defendant's conditions of release are temporarily modified to allow the Defendant to travel to Pueblo, Colorado on May 19, 2006 and return to Durango, Colorado on May 20, 2006 for the purposes of attending his daughter's 3A State Track Meet.

**IT IS FURTHER ORDERED** that all other terms and conditions of the Defendant's Order Setting Conditions of Release shall remain in full force and effect.

**DATED: May 15, 2006**

        **BY THE COURT:**

        **s/David L. West**
        **United State Magistrate Judge**