IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 04-cr-00351-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH J. YOUNG,

    Defendant.

---

**ORDER TOLLING SPEEDY TRIAL CLOCK**

---

Miller, J.

    Following my oral ruling at today's telephone conference granting defendant Kenneth Young's motion to continue the June 5, 2006 trial setting, I conclude that the speedy trial clock in this case should be tolled temporarily to permit the defense to retain a new expert witness and to prepare for trial.  Upon review of the circumstances of the case, I find that the ends of justice served by tolling the speedy trial clock outweigh the best interest of the public and Young in a speedy trial.  I also find that the failure to grant a continuance would deny Young the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence.

Accordingly, it is ordered that the speedy trial clock in this case is tolled to and including **September 11, 2006**.

DATED at Denver, Colorado, on June 2, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge