# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: June 2, 2006 |
| Court Reporter: Janet Coppock | Time: .5 hours |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO.   04-CR-00351-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Habib Nasrullah |
| | James Candaleria |
| Plaintiff, | |
| vs. | |
| **KENNETH J. YOUNG,** | William Herringer |
| Defendants. | |

## TELEPHONE CONFERENCE

**8:30 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present in Mr. Herringer's office.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Reconsideration (Doc #193), filed 5/25/06 is **DENIED** for reasons previously stated.

Page Two
04-CR-00351-WDM
June 2, 2006

**ORDERED:** Defendant's Motion to Continue Jury Trial (Doc #194), filed 5/26/06 is **GRANTED.** Trial scheduled for June 5, 2006 is **VACATED.** Trial is rescheduled to September 11, 2006.

**ORDERED:** Defendant shall make his expert disclosure by **July 17, 2006.**

**ORDERED:** Bond continued.

**8:42 a.m     COURT IN RECESS**

**Total in court time:        12 minutes**

**Hearing concluded**