# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: December 1, 2006 |
| Court Reporter: Janet Coppock | Time: one hour and 16 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO.   04-CR-00351-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | James Candaleria |
| | Habib Nasrullah |
| Plaintiff, | |
| vs. | |
| **KENNETH J. YOUNG,** | William Herringer |
| Defendants. | |

## ORAL ARGUMENT

**11:04 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**Defendant's Motion to Dismiss With Prejudice on the Grounds of Constitutional Speedy Trial (Doc #231), filed 10/2/06.**

**11:05 a.m.**   Argument by Mr. Herringer. Questions by the Court.

**11:21 a.m.**   Argument by Mr. Candalieria.  Questions by the Court.

Page Two
04-CR-00351-WDM
December 1, 2006

**11:28 a.m.**   Rebuttal argument by Mr. Herringer.

**Defendant's Motion to Dismiss With Prejudice on the Grounds of Prosecutorial Misconduct and Vindictiveness (Doc #234), filed 10/5/06.**

**11:34 a.m.**   Argument by Mr. Herringer.  Questions by the Court.

**11:54 a.m.**   Argument by Mr. Nasrullah.  Questions by the Court.

**ORDERED:**  Motions taken under advisement.

Discussion regarding speedy trial.

**ORDERED:**  Counsel directed to chambers to schedule a trial and trial preparation conference, consistent with speedy trial.

**ORDERED:**  Bond continued.

**12:20 p.m.**   **COURT IN RECESS**

**Total in court time:**       76 minutes

**Hearing concluded**