IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 1:04-cr-00351-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KENNETH J. YOUNG,

    Defendant.

---

### ORDER

---

This matter having come for consideration upon the Defendant's Motion For an Extension of Time to Self Surrender, the Government's Response, and Probation Officer's memorandum, the Court, upon due consideration, hereby **denies** the Defendant's Motion.

SO ORDERED this 25th day of May, 2007.

BY THE COURT:

WALKER D. MILLER
United States District Court Judge
District of Colorado